November 24, 1947.

*Per Curiam Decisions.*

No. 4.  Pan American Airways Corp. et al. *v.* W. R. Grace & Co. et al.; and

No. 5.  Eastern Air Lines, Inc. *v.* W. R. Grace & Co. et al.  *Per Curiam:* The motion to dismiss is granted and the writs are dismissed on the ground that the cause is moot.  *Henry J. Friendly* for petitioners in No. 4.  *E. Smythe Gambrell* for petitioner in No. 5.  *John T. Cahill* and *Fred J. Knauer* for W. R. Grace & Co., and *W. F. Cogswell* and *H. Preston Morris* for the Pan American-Grace Airways, Inc., respondents.

No. 18.  Hunter *v.* Texas Electric Railway Co.  Argued October 15, 1947.  Decided November 24, 1947.  *Per Curiam:* The judgment is affirmed.  Dissenting: Mr. Justice Black, Mr. Justice Douglas, Mr. Justice Murphy, and Mr. Justice Rutledge.  *Ralph Elliott* argued the cause for petitioner.  *Spearman Webb* and *F. Neilson Rogers* filed a brief for petitioner.  *Alexander Gullett* argued the cause for respondent.  *Joseph A. Keith* filed a brief for respondent.

No. 423.  Texas Company *v.* Montgomery, Commissioner of Wild Life & Fisheries, et al.  *Per Curiam:* The judgment is affirmed.  *Chas. H. Blish* and *Robert C. Milling* for appellant.

No. 426.  Ohio ex rel. Vaad Hachinuch Hacharedi (Traditional Education Council) *v.* Baxter et al.,